UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JAMES MORRIS,                           )
                                        )
            Plaintiff,                  )
                                        )
        v.                              )        Civil Action No. 09-0799 (PLF)
                                        )
UNITED STATES PROBATION                 )
 SERVICES, *et al.*,                    )
                                        )
            Defendants.                 )
_____)


ORDER

        For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

        ORDERED that defendants' motion to dismiss [9] is GRANTED; it is

        FURTHER ORDERED that plaintiff's motion to amend [7], motion for

clarification [8], and motion to strike [14] are all DENIED; and it is

        FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

        SO ORDERED.

                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: July 16, 2010